Case 6:23-cv-00085-ADA Document 8 Filed 02/15/23 Page 1 of 15

FILED
February 15, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
    DEPUTY

# 6:23cv85 - Roberts

1. In your complaint, you have named Bruce Armstrong as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Plaintiff claims that this defendant deprived him of his rights to be free of cruel and unusual punishment, failed to protect from assault by other offenders, was deliberate indifferences to plaintiff's safety, deliberate indifferent to plaintiff's serious medical needs, and subject plaintiff to rank inhumane living conditions.

Plaintiff claims that the defendant has failed to ensure adequate staff which has resulted in plaintiff being deprived of 290 showers, 290 recreations, 800 nutritious meals, prolonged subjugation to sack meals, delay and denial of timely access to medical and mental health (incorporate by reference complaint and TRO motions with exhibits, per Rule 10c Fed. R. Civ. Proc.) which thus resulted in irreparable injury, physical and emotional, including acute mental breakdown, suicide, extreme physical injury to wrist, deterioration of leg wound, due to plaintiff's deliberate indifferences where he knew plaintiff was being deprived.

2

2.  In your complaint, you have named Spencer Lucas as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Plaintiff's claims against this defendant are exactly the same as against Armstrong at #1, and incorporates and claim the same claims here

3. In your complaint, you have named Daniel Parker as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Plaintiff's claims against this defendant are exactly the same as Armstrong at #1, and Lucas at #2, and incorporates those same claims here.

Plaintiff also claims that defendant Parker deprived him of his property, namely a $360.00 typewriter, a $22.00 hotpot, a $19.00 watch, and $200.00 worth of commissary by failing to ensure proper training, where plaintiff's property was left unsecured due to no staff and unauthorized offenders where allowed to control plaintiff's property resulting in lost.

4

5. In your complaint, you have named FNU Perez as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Deprived plaintiff of right to Be Free of cruel and unusal punishment, deliberate indifference to safety and serious mental Health need, after Repeated Request for help for acute mental distress

Resulting in irreparable physical injury and Near death, Hospitalization injury and serious phsychological emotional injury

6

4. In your complaint, you have named FNU Wheeler as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Deprived plaintiff of Right to Be Free of cruel and unusual punishment, deliberate indifference to safety and serious mental health need after repeated request for mental health help for acute mental illness resulting in irreparable physical injury and near death injury and serious psychological emotional injury

Case 6:23-cv-00085-ADA   Document 8   Filed 02/15/23   Page 7 of 15

6.   In your complaint, you have named FNU Brown as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Deprived plaintiff of Right to Be Free of cruel and unusual punishment, deliberate Indifference to safety and serious Mental Health Needs, after Repeated Request for Help for Acute Mental distress

Resulting in irreparable physical injury and near-death Hospitalization Injury and serious psychological emotional injury

7


Case 6:23-cv-00085 Document 02/23/2023 Page 8 of 15 Filed

7.  In your complaint, you have named FNU Brown as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Same

8. In your complaint, you have named FNU Vaccaro as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Deprived plaintiff of right to be free of cruel and unusual punishment, deliberate indifference to safety and serious mental health needs after repeated request for help for acute mental distress. Resulting in irreparable physical injury and near-death hospitalization injury and serious psychological emotional injury

9

9. In your complaint, you have named MHTDP Director Nuk as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Deprived plaintiff of his Rights to adequate mental Health treatment and Right to Be Free of cruel and unusal punishment, plaintiff claim this defendant was made aware that defendants, Wheeler, Parez, Brown and Voccaro were not Responding to his cries for Help and safety due to acute mental distress due to assault By other offender, and He was deliberate Indifferent to plaintiff's serious mental Health need Resulting in irreparable injury to plaintiff, physical and emotional

10. In your complaint, you have named C. Collins as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Deprived plaintiff of his access to courts, failed to pickup, collect, process grievances for PLRA purposes, using improper screening to deny, delay or fail to process grievances resulting in injury to plaintiff to wit his PLRA exhaustion attempts where grossly interferred with, delayed or completely stifled, including exhaustion of administrative Remedies for claims this suit

11

11. In your complaint, you have named FNU Acosta as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Same as a #10

12. In your complaint, you have named FNU Coalston as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

13. In your complaint, you have named FNU Henry as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Reno P Roberts
#2029343 Alfred Hughes Unit
3201 FM 929
Gatesville  TX US  76597

Case: 6:23-cv-00045
Instrument: 13
lad

Attorneys admitted to practice in the Western District of Texas must register for electronic filing.

Attorneys granted permission to appear pro hac vice must immediately register for electronic filing.

For Pro Se/Prisoner Filers:  You are not required to file electronically or register for e-mail notification, however, non-prisoner pro se litigants may petition the Court for permission to electronically file.

For all these matters, please visit our website at:
www.txwd.uscourts.gov/CMECF

Denis L. Denby #65263
Alfred Unit
R.2 Box 4400
Gatesville, TX, 76597

LEGAL

To: U.S District Court
Western District of Texas
800 Franklin Avenue, Room 380
Waco, Texas, 76701

RECEIVED
FEB 15 2023
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

